*Williams & Petro Co., L.L.C., John P. Petro* and *Steven E. Herman,* for appellee.

HEILMAN, F.K.A. BELLOMY, APPELLANT, *v.* PROGRESSIVE
INSURANCE COMPANY, APPELLEE, ET AL.

[Cite as *Heilman v. Progressive Ins. Co.* (2001), 92 Ohio St.3d 214.]

(No. 00–2271—Submitted May 16, 2001—Decided July 5, 2001.)

The judgment of the court of appeals is reversed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719, and the cause is remanded to the trial court for further proceedings consistent with our decisions in *Littrell* and *Clark.*

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

COOK, J., dissenting. I respectfully dissent based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing dissenting opinion.

---

*Elk & Elk Co., L.P.A., Bruce S. Rutsky* and *Todd O. Rosenberg,* for appellant.

*Eugene G. Gillis* and *Daniel D. Domozick,* for appellee.